

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00952-CR

**EX PARTE** Pablo Sanchez **CAMBEROS**

From the County Court, Kinney County, Texas
Trial Court No. 13692CR
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED August 5, 2025.

_H. Todd McCray_
H. Todd McCray, Justice